# Exhibit B

## SHORT TERM LICENSE TO SELL AGREEMENT

THIS SHORT TERM LICENSE TO SELL AGREEMENT (this "Agreement") is made and entered into the 1st day of October 2016 (the "Effective Date"), by and between BIOMERICS, LLC, ("BIO") a Utah limited liability company with its principal place of business at 2700 South 900 West, Salt Lake City, UT 84062, and Nimbus Concepts LLC ("NIM"), a Delaware limited liability company.

WHEREAS, the parties have entered into a non-binding term sheet that contemplates the potential sale of Assets and/or Distributorship from NIM to BIO;

WHEREAS, NIM desires BIO to sell its current Nimbus RF Multi-tined Electrode ("Product") to third parties while Parties negotiate the terms and conditions of a definitive agreement;

WHEREAS, Parties desire to sell product into the marketplace to sustain customers and to retain the value of the Product during the negotiation period;

NOW, THEREFORE, the Parties hereby agree as follows:

1. Short Term License to Sell. NIM hereby grants to BIO an exclusive 90 day short-term license to sell Product to any and all third parties under the following conditions.
   a. BIO is authorized to sell the product directly under the pricing and payment terms it chooses.
   b. BIO will pay to NIM a $10 license fee on each Product sold during the exclusive period.
   c. BIO is authorized to apply the $10 license fee against its outstanding balance during the exclusive period.
   d. These terms apply to any Product sold from the effective date to the termination date.
2. Term and Termination.
   a. This agreement is effective the 1st day of October 2016.
   b. This agreement expires on January 1, 2017; or on the date Parties enter into a definitive agreement, whichever comes first.

Agreed and Accepted,

Nimbus Concepts LLC

By: _____
Name: Mike Hogan, Member

BIOMERICS

By: _____
Name: Travis Sessions
Title: Member