# Exhibit C

## LETTER OF UNDERSTANDING

This Letter of Understanding (LOU) sets forth the current expression of interest with regard to the proposed purchase of Nimbus Concept LLC ("Nimbus") assets by Biomerics LLC ("BIO"). The following points are intended to summarize certain but not all material terms that would be contained within mutually agreed definitive Asset Purchase Agreement, on terms satisfactory to the parties. The parties do not intend to be bound until they enter into the definitive agreement signed and delivered by both parties regarding the subject matter of this LOU.

### THE AGREEMENT

1. Sale of Assets. Nimbus is willing to sell and Biomerics is willing to purchase the Nimbus assets from Nimbus Concepts LLC for $1.4 million dollars under the following payment terms.
   - Purchase Price $1.4 million with a down payment of $100,000. Biomerics outstanding debt will be deducted from the down payment at the closing.
   - The remaining $1.3 million to be paid via 10% of product revenue monthly to each shareholder until paid.
   - If the entire balance is not paid-off in 5 years, Biomerics will make a final balloon payment to retain the assets or the assets will default back to Nimbus Concept LLC.

2. Purchase Structure and Terms:
   - The transaction will be dated January 1, 2017.
   - Deal Structure is an asset purchase, and Dr. Wright and Nimbus Concepts LLC with release and identify Biomerics LLC from past liabilities and shareholder risk.
   - Each Party is responsible for its own legal costs.

3. Distribution Rights.
   - Distribution Rights. Until notified, Biomerics is granted worldwide distribution rights to sale and market the Nimbus device.
   - 10% Payment. Biomerics will track and retain the 10% payment until a definitive agreement is reached or distribution rights are canceled. If a definitive agreement is reached, the 10% payment will be applied to as outlined in this agreement. If the agreement is canceled, Biomerics retains the 10% payment.
   - Investment. Biomerics may invest in the development of the Nimbus device at it sees fit until a definitive agreement is reached and retains ownership in its investment.

Dr. Robert Wright                                                   Date

*[signature]*                                                       2/18/17
Co founder