David V. Wadsworth (32066)
David J. Warner (38708)
Wadsworth Warner Conrardy, P.C.
1660 Lincoln St., Ste. 2200
Denver, CO 80264
Telephone: (303) 296-1999
Facsimile: (303) 296-7600
Email: dwadsworth@wwc-legal.com
       dwarner@wwc-legal.com

FILED
U.S. DISTRICT COURT

2017 DEC 19 P 1: 03

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

*Bankruptcy Attorneys for Nimbus Concepts, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BIOMERICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NIMBUS CONCEPTS, LLC,<br><br>Defendant. | Case No.: 2:17-cv-01059-TS<br><br>**SUGGESTION OF BANKRUPTCY**<br><br>Judge Ted Stewart |

COMES NOW Defendant Nimbus Concepts, LLC ("Nimbus"), by and through undersigned counsel, and submits this Suggestion of Bankruptcy. In support thereof, Nimbus states as follows:

1. Nimbus filed for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Colorado on May 9, 2017 (the "Petition Date"), which bears the case number 17-21235 TBM.

2. Pursuant to Section 301(b) of the Bankruptcy Code, the commencement of a case under Chapter 11 "constitutes an order for relief under such chapter."

3. Pursuant to Section 362 of the Bankruptcy Code, a petition filed under the Bankruptcy Code acts as a stay, applicable to all entities, of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, *or to recover a claim against the debtor that arose before the commencement of the case under this title*" (the "Automatic Stay") (emphasis added).

4.   The Automatic Stay is effective immediately upon the filing of a bankruptcy petition even where an individual creditor may not be aware of the bankruptcy filing. *See Patti v. Fred Ehrlich, PC*, 304 B.R. 182 (E.D. Pa. 2003); *In re Brown*, 330 B.R. 548 (N.D. Tex. 2005); *In re O'Connor*, 42 B.R. 390 (Bankr. E.D. Ark. 1984); *In re Stucka*, 77 B.R. 777 (Bankr. C.D. Cal. 1987); *In re Keen*, 301 B.R. 749 (Bankr. S.D. Fla. 2003); *In re Ford*, 296 B.R. 537 (Bankr. N.D. Ga. 2003); *In re Will*, 303 B.R. 357 (Bankr. N.D. Ill. 2003); and *In re Askew*, 312 B.R. 274 (Bankr. D. N.J. 2004).

5.   This filing is made for informational purposes only, and does not constitute an entry of appearance by the undersigned.

WHEREFORE, Nimbus suggests that this action has been stayed by the operation of Section 362 of the Bankruptcy Code.

**DATED** this 14th day of December, 2017.

Respectfully Submitted,

WADSWORTH WARNER CONRARDY, P.C.

*/s/ David Warner*

David J. Warner, #38708
Bankruptcy Attorneys for Nimbus Concepts, LLC

## CERTIFICATE OF MAILING

I do hereby certify that on the 14th day of December, 2017, I caused to be served a true and correct copy of the **SUGGESTION OF BANKRUPTCY** via email and/or U.S. Mail on the following:

United States District Court
District of Utah
351 S. West Temple, Rm. 1.100
Salt Lake City, UT 84101

Mark Bettilyon                also via email to Mark.bettilyon@tnw.com
Jed H. Hansen                 also via email to hansen@tnw.com
Ian Wang                      also via email to ian.wang@tnw.com
Thorpe North & Western, LLP
175 S. Main St., Ste. 900
Salt Lake City, UT 84111

Prickett, Jones & Elliott     also via email to bejameson@prickett.com
1310 King St., Box 1328
Wilmington, DE 19899

*Angela Garcia*
Paralegal
For WADSWORTH WARNER CONRARDY, P.C.